```
             IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                             :      CHAPTER 13
    Thomas K. Baumgartner              :      No. 18-14205-AMC
         Debtor
```

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief was served on November 8, 2018 on the Chapter 13 Trustee, William C. Miller, Esquire by electronic mail along with the following creditor:

Jerome B. Blank on behalf of US Bank National Association
paeb@fedphe.com

                                        /s/ David M. Offen
                                        David M. Offen Esq.
                                        Attorney for Debtor
                                         601 Walnut Street
                                        Suite 160 West
                                        Philadelphia, PA 19106
                                        215-625-9600

11/8/18