# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 18-14205-AMC

THOMAS K. BAUMGARTNER

2867 HOMESTEAD COURT

GILBERTSVILLE, PA 19525

        Debtor

## CERTIFICATE OF SERVICE

    **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    THOMAS K. BAUMGARTNER

    2867 HOMESTEAD COURT

    GILBERTSVILLE, PA 19525

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 11/15/2018

               _____
               William C. Miller, Esquire
               Chapter 13 Standing Trustee