United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 18-14205-amc
Thomas K. Baumgartner                                     Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi          Page 1 of 2            Date Rcvd: Apr 02, 2019
                              Form ID: pdf900       Total Noticed: 35
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2019.
```
db             +Thomas K. Baumgartner,   2867 Homestead Court,   Gilbertsville, PA 19525-9698
cr             +PHH Mortgage Corporation, et al...,   1 Mortgage Way,   Mount Laurel, NJ 08054-4624
14176606       +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
14127785       +GC Services,   Attn: Bankruptcy,   6330 Gulfton,   Houston, TX 77081-1198
14177757       +Grassy Sprain Group, Inc.,   9858 Clint Moore Road Suite C-11 #217,   Boca Raton, FL 33496-1034
14171570       +Long Trail Trust,   c/o PHH Mortgage Corporation,   1 Mortgage Way, Attn: Mail Stop SV-01,
                Mount Laurel, NJ 08054-4637
14166208       +PHH Mortgage Corp.,   c/o Kevin S. Frankel, Esquire,   Shapiro & DeNardo, LLC,
                3600 Horizon Drive, Suite 150,   King of Prussia, PA 19406-4702
14127791       +Santander Bank Na,   Attn: Bankruptcy,   Po Box 12646,   Readiing, PA 19612-2646
14164859       +Santander Bank, N.A.,   601 Penn Street,   MC-106438-FB7,   Reading, PA 19601-3563
14127792       +Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,   Warrington, PA 18976-3403
14127794      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,   Attn: Bankruptcy,   Po Box 8026,
                Cedar Rapids, IA 52409)
14192014       +Toyota Motor Credit Corp.,   c/o Kevin G. McDonald, Esquire,   KML Law Group, P.C.,
                701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14166954       +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
14127796       +Tri County Area Fcu,   1550 Medical Dr,   Pottstown, PA 19464-3225
14180952        U.S. BANK NATIONAL ASSOCIATION, Et.al.,   OCWEN LOAN SERVICING, LLC,
                Attention: Bankruptcy Department,   P.O. BOX 24605,   WEST PALM BEACH FL 33416-4605
14165595       +U.S. Bank NA,   c/o Jerome Blank, Esq.,   Phelan Hallinan Diamond & Jones, LLP,
                1617 JFK Boulevard, Suite 1400,   One Penn Center Plaza,   Philadelphia, PA 19103-1823
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 03 2019 03:22:39     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 03 2019 03:22:35     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/Text: bkdepartment@rtresolutions.com Apr 03 2019 03:22:30
                Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,   Dallas, TX 75247-4029
14128976       +E-mail/Text: bankruptcy@cavps.com Apr 03 2019 03:22:32     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14190554       +E-mail/Text: bncmail@w-legal.com Apr 03 2019 03:22:30     Cerastes, LLC,
                C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
14127783       +E-mail/Text: lhogan@deepwaterind.org Apr 03 2019 03:23:04     D I F C U,   565 N. Broadway,
                Po Box 42,   Deepwater, NJ 08023-0042
14127784        E-mail/Text: bk@freedomfinancialnetwork.com Apr 03 2019 03:21:50     Freedom Plus,
                Attn: Bankruptcy,   1875 S Grant St, Ste 450,   San Mateo, CA 94402
14127786       +E-mail/Text: cio.bncmail@irs.gov Apr 03 2019 03:21:57     Internal Revenue,   PO Box 7346,
                Philadelphia, PA 19101-7346
14127787       +E-mail/Text: BKRMailOPS@weltman.com Apr 03 2019 03:22:02     J.b. Robinson,   Attn: Bankruptcy,
                375 Ghent Road,   Akron, OH 44333-4601
14127788       +E-mail/Text: bncnotices@becket-lee.com Apr 03 2019 03:21:54     Kohls/Capital One,
                Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
14177402        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2019 03:30:31
                LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14127789       +E-mail/Text: bk@lendingclub.com Apr 03 2019 03:22:58     Lending Club Corp,   71 Stevenson St,
                Suite 300,   San Francisco, CA 94105-2985
14127790       +Fax: 407-737-5634 Apr 03 2019 04:31:49     Ocwen Loan Servicing, Llc,
                Attn: Research/Bankruptcy,   1661 Worthington Road, Suite 100,
                West Palm Beach, FL 33409-6493
14181992        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2019 03:41:46
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14164261       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2019 03:22:04
                Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
14269236        E-mail/Text: bkdepartment@rtresolutions.com Apr 03 2019 03:22:30
                Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029
14128715       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 03:18:56     Synchrony Bank,
                c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14127793       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2019 03:19:31     Synchrony Bank/ JC Penneys,
                Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14127797       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 03 2019 03:21:48
                Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
                Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 19
```

```
District/off: 0313-2          User: Randi           Page 2 of 2            Date Rcvd: Apr 02, 2019
                             Form ID: pdf900        Total Noticed: 35
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14127795*     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Financial Services,   Attn: Bankruptcy,   Po Box 8026,
                  Cedar Rapids, IA 52409)
                                                                           TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2019 at the address(es) listed below:
```
          DAVID M. OFFEN   on behalf of Debtor Thomas K. Baumgartner dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JEROME B. BLANK   on behalf of Creditor   U.S. Bank National Association, as Trustee for et al
           paeb@fedphe.com
          JEROME B. BLANK   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL.
           paeb@fedphe.com
          KEVIN G. MCDONALD   on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL   on behalf of Creditor   PHH Mortgage Corporation, et al... pa-bk@logs.com
          MARIO J. HANYON   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ET. AL.
           paeb@fedphe.com
          NICOLE B. LABLETTA   on behalf of Creditor   PHH Mortgage Corporation, et al...
           nlabletta@pincuslaw.com,  vbarber@pincuslaw.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   U.S. Bank National Association, as Trustee for et
           al paeb@fedphe.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ET.
           AL. paeb@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                         TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :        Chapter 13
                                        :
    Thomas K. Baumgartner               :           No. 18-14205-AMC
        Debtor                          :

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for David M. Offen, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtor request to retain jurisdiction at the Motion to Dismiss hearing on April 2, 2019 IT IS ORDERED THAT:

1.   The case is dismissed.

2.   Pursuant to 11 U.S.C.349(b)(3), the undistributed, pre confirmation Chapter 13 Plan payments held by the Chapter 13 Trustee shall not revest in the Debtor or any other entity pending further order of this court.

3.   A hearing shall be held on April 30          , 2019 at 11:00 a.m.   in Bankruptcy Courtroom No. 4, United States Court House, 900 Market Street, Philadelphia, PA to consider the Application.

4.   Any other party who assets an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. 503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5.   Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties and file Certification of Service on or before April 16, 2019          .

**Date: April 2, 2019**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc: William C. Miller, Trustee

    David M. Offen, Esquire

    Thomas K. Baumgartner