```
                 IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA


   IN RE:                              :      CHAPTER 13
    Thomas K. Baumgartner               :      No. 18-14205-AMC
         Debtor                         :
```

## CERTIFICATE OF SERVICE

I, David M. Offen, attorney for the above named Debtor, hereby certify that a true and correct copy of the Court Order dated April 2, 2019 was served upon all creditors and interested parties via first class mail on April 11, 2019

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor
 601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
215-625-9600

4/11/19